IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>**MOISES RIVERA RAMOS &**<br>**NORMA IRIS MOYA FIGUEROA**<br>Debtor(s) | CASE NO. **13-07758** (EAG)<br>CHAPTER 7 |

### ANSWER TO DEBTORS' OBJECTION TO CLAIM 5
### BY CLAIMANT BANCO POPULAR

TO THE HONORABLE COURT:

Comes now Banco Popular de Puerto Rico through its undersigned attorney and respectfully states and prays:

1. On January 3, 2014, debtors filed an objection to BPPR's claim, alleging that a certificate of deposit in the amount of $40,000.00 was applied to the debt prior to the Bankruptcy filing. [Dkt. 17]

2. The exact same allegation was made by debtors on their objection to BPPR's claim filed on April 23, 2009 [*See*, Bank. Case Num. 08-08298, Dkt. 40]

3. By the time debtors filed the present bankruptcy case, the appearing creditor took into consideration all payments made in order to determine the amounts owed at the time the petition was filed.

WHEREFORE, BPPR respectfully requests to this Honorable Court to DENY debtors' objection to BPPR's Claim 5.

**I CERTIFY:** That *the preceding document has been electronically filed with the Clerk of the Court, using the CM/ECF System. Notice has been sent electronically to debtors' counsel,* **NYDIA GONZALEZ ORTIZ** bufetesg@gmail.com ; **NOEMI LANDRAY RIVERA** trusteenotices@landraulaw.com; UST, ustpregion21.hr.ecf@usdoj.gov; and to all CM/ECF registered users.

In San Juan, Puerto Rico, this 12th day of March, 2015.

**Banco Popular PR-Special Loans**
PO Box 362708
San Juan, P. R. 00936-2708
Tel. 787-764-3983
Fax 787-281-4140

/s/EDUARDO M. VERAY LOPEZ, ESQ.
USDC-PR 224407
eduardo.veray@popular.com