oIN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

MOISES RIVERA RAMOS

NORMA IRIS MOYA FIGUEROA

XXX-XX-5607

XXX-XX-1594

Debtor(s)

CASE NO. 13-07758 EAG

Chapter 7

FILED & ENTERED ON 05/22/2015

### ORDER APPROVING STIPULATION

This case is before the Court upon the stipulation filed by the debtor and Banco Popular de Puerto Rico, docket entry #63.

Due notice having been given, no opposition having been filed, and good cause appearing thereof, it is now ordered that the stipulation be and is hereby approved.

IT IS SO ORDERED.

In Ponce, Puerto Rico, this 22nd day of May, 2015.

Edward A Godoy
U. S. Bankruptcy Judge

C:  DEBTORS
    NYDIA GONZALEZ ORTIZ
    WIGBERTO LUGO MENDER
    BPPR